CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 1 3 2007
JOHN F. CORCORAN, CLERK
BY: J. Brush
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM JOE MATHIAS, JR., Petitioner, | Civil Action No. 7:07-cv-00287 |
| v. | **FINAL ORDER** |
| JUDGE H. LEE CHITWOOD, Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 13th day of June, 2007.

_____
Senior United States District Judge